**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000721**
**14-JUN-2013**
**12:38 PM**

CAAP-11-0000721

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

PHILLIP G. KUCHLER, INC., Claimant-Appellee/Cross-Appellant,
v.
ABE LEE REALTY, LLC, and ABRAHAM W.H. LEE, Respondents-
Appellants/Cross-Appellees.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P. NO. 11-1-0325)

ORDER DENYING
RESPONDENTS-APPELLANTS/CROSS-APPELLEES'
MOTION FOR RECONSIDERATION OF SECTION III.A
(By: Nakamura, C.J., and Foley and Reifurth, JJ.)

Upon consideration of the "Motion for Reconsideration of Section III.A" (Motion for Reconsideration) filed on June 7, 2013, by Respondents-Appellants/Cross-Appellees Abe Lee Realty, LLC, and Abraham W.H. Lee (collectively, "Respondents") and the records and files in this case,

IT IS HEREBY ORDERED that Respondents' Motion for Reconsideration is denied.

DATED: Honolulu, Hawai'i, June 14, 2013.

Chief Judge

Associate Judge

Associate Judge